

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TRAVIS JEREMY RUTHERFORD A/K/A TRAVIS JEREMY TUTEN, | § | No. 08-23-00142-CR |
| | § | Appeal from the |
| Appellant, | | |
| | § | 394th Judicial District Court |
| v. | | |
| | § | of Brewster County, Texas |
| THE STATE OF TEXAS, | | |
| | § | (TC# CR04891) |
| Appellee. | | |

# J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF FEBRUARY 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox and Soto, JJ.